# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2020

161222 & (19)(20)(21)(22)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

VICTOR LEON WILSON,
          Defendant-Appellant.

SC: 161222
COA: 351335
Wayne CC: 09-002410-FC

_____/

      On order of the Court, the application for leave to appeal the February 19, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). This denial is without prejudice to the defendant bringing a future motion for relief from judgment based on the witness recantation evidence that has not been presented to the trial court. The motions to stay and hold in abeyance, for remand, to appoint counsel and defense expert, and for bail are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2020



a0519

Clerk